# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:16-cr-93-J-32JRK

**CORRINE BROWN**　　　　　　　　Defense Attys: William J. Sheppard, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth L. White, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Matthew R. Kachergus, Esquire
-and-　　　　　　　　　　　　　　　　　　　　　Bryan E. DeMaggio, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Jesse Wilkison, Esquire

**ELIAS SIMMONS**　　　　　　　　　Defense Atty: Daniel A. Smith, Esquire

　　　　　　　　　　　　　　　　　　　　AUSAs: Andrew Tysen Duva, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Michael Coolican, Esquire
　　　　　　　　　　　Atty from U.S. Dept. of Justice: Eric G. Olshan, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 7/8/2016<br>1:12 p.m. - 2:18 p.m.<br>Recess<br>2:35 p.m. - 2:50 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Kara Wood | TAPE/REPORTER | Digital/Shannon Bishop |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Jim Haskett/<br>Kim Lee Watson |

## CLERK'S MINUTES

**PROCEEDINGS:**　　INITIAL APPEARANCE/ARRAIGNMENT/BOND HEARING

### Initial Appearance/Arraignment:

Defendants self-surrendered today.

Defendants advised of rights, charges, penalties, special assessment, and forfeiture provision.

Defendants entered pleas of not guilty.

[Continued to Page Two]

United States v. Corrine Brown, Elias Simmons
Case No.: 3:16-cr-93-J-32JRK
Page Two
_____

Government to provide discovery: **July 22, 2016**
Discovery motions to be filed by: **August 5, 2016**
Government's responses to discovery motions to be filed by: **August 12, 2016**
All other motions, including dispositive/suppression motions to be filed by: **August 19, 2016**
Government's responses to all other motions: **To be determined at special status conference**
Witness lists due: **10 calendar days prior to trial**
Jencks materials due: **10 calendar days prior to trial**
Special Status Conference: **August 12, 2016, at 2:30 p.m. before the Honorable Timothy J. Corrigan**
Trial Term: **September 6, 2016, at 9:00 a.m. before the Honorable Timothy J. Corrigan**

**Standing Order to enter**.

As to Defendant Brown, **a status hearing regarding counsel is set for July 26, 2016 at 2:00 p.m.** Defendant Brown must file a list of medications **under seal** prior to the date of this status hearing.  If the law firm of Sheppard, White, Kachergus & DeMaggio P.A. enters a notice of appearance prior to July 26, 2016, this status hearing will automatically cancel.  **Order to enter.**

**Bond Hearing:**

Government's oral motion for bond as to both Defendants is **GRANTED**.

**Bonds Set:**
**As to Defendant Brown: $50,000.00 Unsecured Appearance Bond**
**As to Defendant Simmons: $50,000.00 Unsecured Appearance Bond**

**Orders Setting Conditions of Release to enter.**

**FILED IN OPEN COURT:**
    **Notices of Acceptance of General Discovery**