AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:16-cr- 93-J-39MᴄR   32 JRK |
| | ) | |
| | ) | |
| | ) | |
| CORRINE BROWN | ) | |
| *Defendant* | | |

2016 JUL 18 PH 1:33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE DISTRICT

FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*     CORRINE BROWN

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail and Wire Fraud; Aiding and Abetting Mail and Wire Fraud; Scheme to Conceal Material Facts and Make False Statements; Corrupt Endeavor to Obstruct and Impede the Due Administration of the Internal Revenue Laws; and Filing False Tax Returns, in violation of 18 U.S.C. §§ 1349, 1341, 1343, 2, and 1001(a)(1), 26 U.S.C. §§ 7212(a) & 7206(1).

Date:  July 6, 2016

_____
*Issuing officer's signature*

City and state:  at Jacksonville, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7/8/16 , and the person was arrested on *(date)*  7/8/16 |
| at *(city and state)*  Jacksonville, FL . |
| Date:  7/8/16 |

_____
*Arresting officer's signature*

VANSSA PARKER, IRS, USMS
*Printed name and title*