**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                          Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN
ELIAS SIMMONS

---

**STANDING ORDER REGARDING USE OF ELECTRONICS**
**IN THE COURTHOUSE BY MEMBERS OF THE PRESS**

Because of prior requests by members of the press to bring laptop computers and tablets into the United States Courthouse for hearings in connection with the above case, and pursuant to Rules 4.11(b) and 1.01(c), Local Rules, United States District Court, Middle District of Florida, it is hereby

**ORDERED**:

The Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No.3:13-mc-38, is hereby waived and modified for the limited purpose of allowing any member of the press attending <u>any</u> pretrial hearings set in this case before the undersigned or the Honorable James R. Klindt, to enter the courthouse with a laptop computer or tablet <u>by presenting the Court Security Officers with their media credentials and a copy of this Order</u>.  However, live broadcasting from the courtroom, including messages via social media (such as blogging or tweeting), is prohibited. In addition, no audio or video recording is allowed.

**This Order will remain in effect until the trial begins, at which point the Court will issue a separate Order governing the use of electronics in the courtroom during trial.**[1]

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of August, 2016.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Andrew Tysen Duva, AUSA
Michael Coolican, AUSA
Eric G. Olshan, AUSA
David L. Haas, Esquire
Mark E. NeJame, Esquire
Anthony Suarez, Esquire

U.S. Marshals Service
Court Security Officers
Division Manager

---

[1] This Order is subject to revocation at any time if the Court determines that any member of the media is abusing this permission or if the use of electronics in the courtroom adversely affects the fairness and dignity of the proceedings.