UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

     v.                      CASE NO. 3:16-cr-93-J-32JRK

CORRINE BROWN

## <u>UNITED STATES' WITNESS LIST</u>

The United States of America respectfully submits the following list of witnesses who may be called in the government's case-in-chief:

1.     Shawn Batsch, IRS-CI

2.     Dawn Goldberg, IRS

3.     Kimberly Henderson, FBI

4.     Tracy Lane, IRS

5.     Vanessa Stelly, FBI

6.     Carolyn Chatman

7.     Linda Foster

8.     Reginald Gaffney

9.     Nathaniel Glover

10.    April Green

11.    Eurmon Hervey

12.     Charles McCormick

13.     Ju'Coby Pittman

14.     Doug Shackelford

15.     Dawn Smith

16.     Stanley Twiggs

17.     Dawn Wright

18.     John Baker

19.     Robert Birnbaum

20.     Stephen Bittel

21.     Tandy Bondi

22.     Edward Burr

23.     Husein Cumber

24.     Jack Hanania

25.     Marva Brown Johnson

26.     Gasper Lazzara

27.     Richard Lipsky

28.     Eugene Ludwig

29.     Don Miller

30.     Steve Pajcic

31.     John Picerne

32.  Robert Picerne

33.  Kent Stermon

34.  Michael Ward

35.  Susan Wiles

36.  Jessica Wynne

37.  Voncier Alexander

38.  Ingrid Burch

39.  Tasha Cole

40.  Siottis Jackson

41.  Lavern Kelly

42.  Brad Mims

43.  Shantrel Brown

44.  Elias Simmons

45.  Carla Wiley

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

/s/ A. Tysen Duva
A. Tysen Duva
Assistant United States Attorney
Florida Bar No. 0603511
Michael J. Coolican
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
Tysen.Duva@usdoj.gov
Michael.Coolican@usdoj.gov


RAYMOND HULSER
Chief

/s/ Eric G. Olshan
Eric G. Olshan
Deputy Chief
Public Integrity Section
Criminal Division
United States Department of Justice
1400 New York Ave. NW, Suite 12100
Washington, D.C. 20005
(202) 514-7621
(202) 514-3003 (fax)
Eric.Olshan@usdoj.gov

**U.S. v. Corrine Brown**                    **Case No. 3:16-cr-93-32JRK**

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James Smith, Esq.


*/s/ Michael J. Coolican*
MICHAEL J. COOLICAN
Assistant United States Attorney
United States Attorney No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail: michael.coolican@usdoj.gov