**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                       CASE NO. 3:16-cr-93-J-32JRK

CORRINE BROWN

---

**ORDER AND INFORMATION REGARDING TRIAL
(FOR MEMBERS OF THE PRESS AND THE PUBLIC)**

**A.  Access to the Courthouse**

The courthouse (located at 300 North Hogan Street, Jacksonville, Florida) opens to the public at 7:30 a.m. and the public must exit the building by 5:30 p.m.  All persons entering the courthouse must show a government-issued picture ID, must pass through a security screening device, and must have any bags, packages, purses, etc. examined through an X-ray machine.  Acceptable forms of identification include official state or United States government identification such as a driver's license or passport.  Proper decorum is expected of all visitors to the courthouse.  All camera crews located outside the courthouse should be stationed at a reasonable location so as not to interfere with normal ingress and egress.  These procedures may be adjusted at any time at the discretion of the United States Marshals Service.

**B.  Access to the Courtroom**

The Court will ensure that seating/viewing space is reserved for the public, including members of the press, for jury selection (in Courtroom 13A) and trial (in Courtroom 10D).

However, seating space is limited to a first-come, first-served basis. If the courtroom reaches capacity, remaining visitors, including members of the press, will be directed to Courtroom 10A where the proceedings will be broadcast via video. Because of limited seating and seating restrictions, visitors must adhere to instructions given by Court Security Officers.

### C.  Use of Electronics, Photography, and Recording

During the trial in this matter, any member of the press may enter the courthouse with a laptop computer or tablet by presenting the Court Security Officers with a copy of this Order and media credentials. However, **live transmission from the courtroom or overflow courtroom, including messages via social media (such as blogging or tweeting), is prohibited.**

Members of the press are often surprised by the restrictive rules applicable to photography and recording of proceedings in federal district courts.[1] **Members of the press and the public may not photograph or record (via audio or video) any court proceeding under any circumstance.**

### D.  Sketch Artists

Sketch artists are permitted in the courtroom and the overflow courtroom. Sketch artists may not sketch the jurors or potential jurors, and artists are cautioned to be discreet so as not to disrupt Court proceedings.

### E.  Contact with Individuals Involved in the Case

Members of the press are reminded to: 1) abstain from any contact with jurors or potential jurors; and 2) abstain from interviewing witnesses inside the courthouse.

---

[1]  These rules are set by national policies affecting all federal district courts and by the Federal Rules of Criminal Procedure.

3

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of April, 2017.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Counsel of Record
U.S. Marshal
Court Security Officers
Clerk's Office Division Manager