UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                            CASE NO. 3:16-cr-93-J-32JRK

CORRINE BROWN

## VERDICT

1. With regard to <u>Count One</u> of the Indictment, which charges CORRINE BROWN with Conspiracy to Commit Mail Fraud and Wire Fraud, we, the Jury, find the Defendant:

    NOT GUILTY _____           GUILTY __X__

If you found the Defendant not guilty of Count One, please proceed to consider Count Two on the next page.

If you found the Defendant guilty of Count One, place a check mark next to the crime or crimes you agree the Defendant conspired to commit:

    Mail Fraud          __X__

    Wire Fraud          __X__

2. With regard to <u>Count Two</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Mail Fraud (for the June 3, 2013 mailing), we, the Jury, find the Defendant:

    NOT GUILTY _____  GUILTY \_\_X_____

3. With regard to <u>Count Three</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Mail Fraud (for the July 2, 2013 mailing), we, the Jury, find the Defendant:

    NOT GUILTY \_\_X_____  GUILTY _____

4. With regard to <u>Count Four</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Mail Fraud (for the September 10, 2013 mailing), we, the Jury, find the Defendant:

    NOT GUILTY _____  GUILTY \_\_X_____

5. With regard to <u>Count Five</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Mail Fraud (for the September 10, 2014 mailing), we, the Jury, find the Defendant:

    NOT GUILTY \_\_(X)_____  GUILTY \_\_X̶_____ (initialed)

6.   With regard to <u>Count Six</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Mail Fraud (for the September 15, 2014 mailing), we, the Jury, find the Defendant:

    NOT GUILTY _____    GUILTY \_\_\_X\_\_\_

7.   With regard to <u>Count Seven</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Mail Fraud (for the September 16, 2014 mailing), we, the Jury, find the Defendant:

    NOT GUILTY _____    GUILTY \_\_\_X\_\_\_

8.   With regard to <u>Count Eight</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Mail Fraud (for the September 16, 2015 mailing), we, the Jury, find the Defendant:

    NOT GUILTY _____    GUILTY \_\_\_X\_\_\_

9.   With regard to <u>Count Nine</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the June 18, 2013 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY _____    GUILTY \_\_\_X\_\_\_

10. With regard to <u>Count Ten</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the August 5, 2013 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY _____ GUILTY \_\_\_X\_\_\_\_\_

11. With regard to <u>Count Eleven</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the August 13, 2013 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY _____ GUILTY \_\_\_X\_\_\_\_\_

12. With regard to <u>Count Twelve</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the September 3, 2013 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY _____ GUILTY \_\_\_X\_\_\_\_\_

13. With regard to <u>Count Thirteen</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the September 9, 2013 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY _____ GUILTY \_\_\_X\_\_\_\_\_

14. With regard to <u>Count Fourteen</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the September 10, 2014 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY __X__    GUILTY _____

15. With regard to <u>Count Fifteen</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the September 17, 2014 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY _____    GUILTY __X__

16. With regard to <u>Count Sixteen</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the September 9, 2015 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY __X__    GUILTY _____

17. With regard to <u>Count Seventeen</u> of the Indictment, which charges CORRINE BROWN with Aiding and Abetting Wire Fraud (for the September 16, 2015 wire communication), we, the Jury, find the Defendant:

    NOT GUILTY _____    GUILTY __X__

18. With regard to <u>Count Nineteen</u> of the Indictment, which charges CORRINE BROWN with Engaging in a Scheme to Conceal Material Facts Related to her Income on Certain Financial Disclosure Forms Required to be Filed with the United States House of Representatives, we, the Jury, find the Defendant:

   NOT GUILTY _____  GUILTY \_\_\_X\_\_\_\_\_

19. With regard to <u>Count Twenty-One</u> of the Indictment, which charges CORRINE BROWN with Corruptly Endeavoring to Obstruct and Impede the Due Administration of the Internal Revenue Laws, we, the Jury, find the Defendant:

   NOT GUILTY _____  GUILTY \_\_\_X\_\_\_\_\_

20. With regard to <u>Count Twenty-Two</u> of the Indictment, which charges CORRINE BROWN with Filing a False United States Individual Tax Return (IRS Form 1040) for Tax Year 2012, we, the Jury, find the Defendant:

   NOT GUILTY _____  GUILTY \_\_\_X\_\_\_\_\_

21. With regard to <u>Count Twenty-Three</u> of the Indictment, which charges CORRINE BROWN with Filing a False United States Individual Tax Return (IRS Form 1040) for Tax Year 2013, we, the Jury, find the Defendant:

NOT GUILTY _____    GUILTY __X__

22. With regard to <u>Count Twenty-Four</u> of the Indictment, which charges CORRINE BROWN with Filing a False United States Individual Tax Return (IRS Form 1040) for Tax Year 2014, we, the Jury, find the Defendant:

NOT GUILTY _____    GUILTY __X__

SO SAY WE ALL, this __11__ day of __MAY__, 2017.

_____
FOREPERSON'S SIGNATURE