**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA	CASE NO. 3:16-cr-93-J-32JRK
v.
CORRINE BROWN

Counsel for Government:	Counsel for Defendant:
A. Tysen Duva	James W. Smith, III
Michael Coolican
Eric G. Olshan

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz	Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

Trial resumed.

**Government Witnesses:**   Vanessa Stelly, Tandy Bondi, Michael Ward, Susan Wiles, Husein Cumber, Robert Michael Picerne, Gasper Lazzara

**Government's Exhibits:**   1N, 1O, 1P, 1Q, 1R, 1S, 1T, 1U, 1V, 1W, 1X, 1Y, 1Z, 1AA, 1BB, 1CC, 1DD, 1EE, 1FF, 1WW, 1XX, 34, 49W, 49X, 49Z, 1GG, 1HH, 1II, 1JJ, 1KK, 1LL, 1MM, INN, 1OO, 1PP, 1QQ, 1RR, 1SS, 1YY, 1UUU, 1YYY, 1ZZZ, 1VV, 19A, 19B, 19C, 19D, 19E, 19F, 19H, 2A, 3A, 3B, 4A, 5A, 5C, 6A, 7A, 7B, 8A, 10A, 10B, 10C, 10D, 10E 10F, 11A, 11B, 11C, 11D, 11E, 12A, 12B, 12C, 12D, 13A, 13B, 13C, 13D, 15B, 15C, 15D, 15E,19G, 44A, 44B, 44C, 44D, 44E, 44F, 44G, 25A, 25B, 26A, 26B, 26C, 26D, 26E, 26F, 27A, 27B, 27C, 27D, 28, 2B, 3C, 4B, 29A, 29B, 29H, 29K, 29L, 29M, 29N, 29J, 29O, 32A, 32B, 32C, 32D, 32E, 32F, 32G, 32H, 32I, 32J, 32K, 32L

The Court provided lunch for the jurors.

Jury recessed, to report back at 8:45 a.m. on April 28, 2017.

DATE: April 27, 2017	TIME: 9:01 a.m. - 4:43 p.m.
	(Recess 12:37 p.m. - 1:40 p.m.)