1105010831



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Office of the Clerk

May 3, 2011

CARLA WILEY

LEESBURG, VA 20175

## RECEIPT

RE:   One Door for Education - Amy Anderson Scholarship Foundation

ID:   ███908 - 5

DCN:  11-04-28-0064

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is May 3, 2011.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CIS0313

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



GOVERNMENT
EXHIBIT
1A
3:16-cr-93-J-32JRK

106558

1105010831

## ARTICLES OF INCORPORATION
## VIRGINIA NONSTOCK CORPORATION

The undersigned, pursuant to Chapter 10 of Title 13.1 of the Code of Virginia, state(s) as follows:

1. The name of the corporation is
   **One Door for Education – Amy Anderson Scholarship Foundation**

2. This organization is organized exclusively for charitable, educational, and scientific purposes under section 501(c)3 of the Internal Revenue code, or corresponding section of any future tax codes.

3. The corporation shall have one or more classes of members with such designations, qualifications and rights as set forth in the bylaws.

4. The directors shall be elected or appointed as follows: Directors should be nominated by the Chairperson at a meeting which a quorum of each voting group was present.
   *Elected by the general body of members*

5. A. The name of the corporation's initial registered agent is

   Carla Wiley

   B. The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

6. A. The corporation's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is

   ▓▓▓▓▓▓▓▓, Leesburg, VA   20175
   (number/street)     (city or town)     (zip)

   B. The registered office is physically located in the county of Loudoun.

7. The initial directors are

| NAME(S) | ADDRESS(ES) |
|---|---|
| Carla Wiley | ▓▓▓, Leesburg, VA 20175 |
| Loretta Hall | ▓▓▓, Herndon, VA 20175 |
| Janet Wiggin | ▓▓▓, Leesburg VA 20175 |
| William "Bill" Ray | ▓▓▓, Leesburg, VA 20176 |
| Byron Woodard | Leesburg, VA 20175 |

INCORPORATOR(S): *Carla A. Wiley*
SIGNATURE(S)

4/07/11
DATE

Carla Wiley

Quantosha Woodard
PRINTED NAME(S)

703.963.1234
TELEPHONE NUMBER

106561

1105010831

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, MAY 3, 2011

The State Corporation Commission has found the accompanying articles submitted on behalf of

## One Door for Education - Amy Anderson Scholarship Foundation

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective May 3, 2011.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *[signature]*

James C. Dimitri
Commissioner

CORPACPT
CIS0313
11-04-28-0064

106562



# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

Richmond, May 3, 2011

This is to certify that the certificate of incorporation of

## One Door for Education - Amy Anderson Scholarship Foundation

was this day issued and admitted to record in this office and that the said corporation is authorized to transact its business subject to all Virginia laws applicable to the corporation and its business. Effective date: May 3, 2011



State Corporation Commission
Attest:

*Joel H. Peck*
Clerk of the Commission

CIS0313

15012

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

1210231031

Office of the Clerk



NOTICE OF TERMINATION OF CORPORATE EXISTENCE
OF A VIRGINIA CORPORATION

October 3, 2012

**CORP NAME:** One Door for Education - Amy Anderson Scholarship Foundation

**SCC ID NO.:** ████908-5

+ 0397152 000012898 09SCCG 0060740
CARLA WILEY
████████████
LEESBURG VA 20175

The records of the State Corporation Commission indicate that the Commission did not receive payment of the annual registration fee for the above-referenced corporation on or before **September 30, 2012**, the date by which it was due to avoid automatic termination. Consequently, pursuant to § 13.1-752 (stock corporations) or § 13.1-914 (nonstock corporations) of the Code of Virginia, the corporation's existence was **automatically terminated** as of that date.

Among other things, this termination means the corporation is no longer authorized to transact business and its properties and affairs have passed automatically to its directors as trustees in liquidation. See § 13.1-752 or § 13.1-914 of the Code of Virginia. As there may be other consequences resulting from the termination, it is suggested that the corporation, its directors and its officers seek the advice of counsel.

If the corporation wishes to have its existence reinstated, it may do so by complying with the provisions of § 13.1-754 or § 13.1-916 of the Code of Virginia. Please be advised, however, that the Commission's authority to issue an order reinstating a corporation's existence expires 5 years after the date on which the corporation's existence was automatically terminated.

For more information concerning reinstatement or to obtain a reinstatement packet, contact:

State Corporation Commission
Clerk's Office
P.O. Box 1197 (1300 E. Main St., Richmond, VA 23219)
Richmond, VA 23218-1197
(804) 371-9733 or toll-free in Virginia 1-866-722-2551

Or visit us on the Internet at scc.virginia.gov/clk/rein.aspx.

████908-5                                                                                       TERM



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

June 16, 2014

CARLA A WILEY
█████ ███████
LEESBURG, VA 20175

# RECEIPT

RE: One Door for Education - Amy Anderson Scholarship Foundation

ID: ████908 - 5

DCN: 14-06-06-1511

This is your receipt for $115.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 16, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

106553

■908 - 5

# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

AT RICHMOND, JUNE 16, 2014

## ORDER OF REINSTATEMENT

The corporate existence of One Door for Education - Amy Anderson Scholarship Foundation, a domestic corporation, was automatically terminated on September 30, 2012. The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By *[signature]*

Judith Williams Jagdmann
Commissioner

CC:    CARLA A WILEY
       ■ ) ■ ■ )
       LEESBURG, VA 20175

REINACPT
CIS0372
14-06-06-1511

106555



# APPLICATION FOR REINSTATEMENT
# OF A VIRGINIA CORPORATION

Date: 6-5-2014

To: State Corporation Commission
Office of the Clerk

| Last Day for Reinstatement |
| September 30, 2017 |

From: **One Door for Education - Amy Anderson Scholarship Foundation**

SCC ID No. ▮▮▮908 - 5

05

On behalf of One Door for Education - Amy Anderson Scholarship Foundation, the undersigned hereby requests the Commission to reinstate the corporation's existence. All required documents and fees are enclosed.

Sincerely,

*Carla A. Wiley*
(signature)

Carla A. Wiley
(printed name)

President
(title)

**For Office Use Only**

DCN: 140606 1511

Reinstatement Fee: $ 10
Past Due Fees: ( 12-14 ) $ 105
Total: $ 115

R/A? Yes: ✓   No: ____   N/C: ____
A/R?: Yes: ✓   No: ____   YR: 2014
Exam By: HA   Date: 6-16-14

**Signing Requirements:**

This application **must** be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director. "Owner" and "registered agent" are not acceptable titles. See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

*Carla A. Wiley*
(name)

▮▮▮▮▮▮ Leesburg, VA 20175
(mailing address)

(telephone number)

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CIS0317

**CORP**

106556