| | |
|---|---|
| From: | corrinebrown03@gmail.com |
| Sent: | Fri, 5 Jun 2015 19:59:08 -0400 |
| To: | ronsimmon@aol.com |
| Subject: | Call later |

Corrine Brown

| | |
|---|---|
| Return-Path: | <corrinebrown03@gmail.com> |
| Received: | from mail-yk0-f170.google.com (mail-yk0-f170.google.com [209.85.160.170]) (using TLSv1 with cipher RC4-SHA (128/128 bits)) (No client certificate requested) by mtaiw-mad05.mx.aol.com (Internet Inbound) with ESMTPS id 1B5F37000008F for <Ronsimmon@aol.com>; Fri, 5 Jun 2015 19:59:10 -0400 (EDT) |
| Received: | by mail-yk0-f170.google.com with SMTP id n206so30696532yke.2 for <Ronsimmon@aol.com>; Fri, 05 Jun 2015 16:59:10 -0700 (PDT) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20120113; h=from:content-type:content-transfer-encoding:mime-version:subject :message-id:date:to; bh=3fPAKa7Wr+sTKOEc+Vr+2JixHqUBD7Ie1Sk+/Iv+4U4=; b=FaNQ4asF82a5ma6+BETO+FU67jm6PliTd8NoKbF40QABt2k5A7wnsrdXfJ1OFEwwaa EmKexl2PGiwwR9cPMgtT36BIEvF76vHfRVDscf9U0WqqphdZT55rkIUOxzUpf+ENyr7F wfisuz+riEmnFUzzFumCRSwrjiHuvrbLpePnSUfR6fpgfdi740L6nQfu3nqsAewgroZB 8fsnkXZxxaCVrPjfQwlzjsjsayzKBDaXAyIgcjjyAzX4gNXXVifouTtxrABYneYYa6Cr +WyiA35v9Ysg9lH1vOmPWfSsPwypYQrvvgp9y4LUP8l2qmogwBzDJ6InILnl2TnzQSdK RTTg== |
| X-Received: | by 10.129.94.7 with SMTP id s7mr3814851ywb.46.1433548750001; Fri, 05 Jun 2015 16:59:10 -0700 (PDT) |
| Received: | from [10.82.222.168] (mobile-166-172-184-081.mycingular.net. [166.172.184.81]) by mx.google.com with ESMTPSA id i6sm1906238ywd.47.2015.06.05.16.59.09 for <Ronsimmon@aol.com> (version=TLSv1 cipher=ECDHE-RSA-RC4-SHA bits=128/128); Fri, 05 Jun 2015 16:59:09 -0700 (PDT) |
| Content-Type: | text/plain; charset=us-ascii |
| Content-Transfer-Encoding: | 7bit |
| Mime-Version: | 1.0 (1.0) |
| Message-Id: | <7EDD15C1-60FD-404F-86D8-6A961F561E4E@gmail.com> |
| X-Mailer: | iPhone Mail (12F70) |
| X-aol-global-disposition: | G |
| X-AOL-SCOLL-AUTHENTICATION: | mtaiw-mad05.mx.aol.com ; domain : gmail.com DKIM : pass |
| X-AOL-SCOLL-DMARC: | mtaiw-mad05.mx.aol.com ; domain : gmail.com ; policy : none ; result : P |
| Authentication-Results: | mx.aol.com; spf=pass (aol.com: the domain gmail.com reports 209.85.160.170 as a permitted sender.) smtp.mailfrom=gmail.com; dkim=pass (aol.com: email passed verification from the domain gmail.com.) header.i=@gmail.com; dmarc=pass (aol.com: the domain gmail.com reports that Both SPF and DKIM strictly align.) header.from=gmail.com; |
| X-aol-sid: | 3039ac1addcb557237ce1ba7 |
| X-AOL-IP: | 209.85.160.170 |
| X-AOL-SPF: | domain : gmail.com SPF : pass |

GOVERNMENT
EXHIBIT
1VV
3:16-cr-93-J-32JRK