One Door for Education Check for "Children Summer Camps" Deposited in Beverly Hills, CA - July/August 2013





GOVERNMENT EXHIBIT
1TTT
3:16-cr-93-J-32JRK