# LEGEND FOR INDICTMENT

Person A = Voncier (Von) Alexander

Entity A = The Alexander Agency

Entity B = Community Rehabilitation Center

Entity C = Lapool Training and Education LLC

P.D.C. = Picerne Development Corporation

J.H. = Jack Hanania

B.H. = Bright House Networks

M.B.J. = Marva Brown Johnson (at Bright House Networks)

R.L. = Richard Lipsky

J.L.W. = Jessica Lazzara Wynne