

**Shipment Information Report**
Delivery Address and ZIP Code

Page 769 of 769

**Tracking Number:** 799909469798

### Package Detail

| | | | |
|---|---|---|---|
| Ship Date | 06/03/2013 | Pickup Courier | 0000530320 |
| Form Code | 0201 | Pickup Status | |
| Service Base | 01 | Pickup Location | SFBA |
| Service Area | A1 | Destination Location | ADWA |
| Special Handling Codes | 02,28 | | |

### Shipper

| | | | |
|---|---|---|---|
| Name | ROBERT PICERNE | Customer Number | 110516606 |
| Company | PICERNE DEVELOPMENT CORPORATIO | Reference Number | DON MILLER |
| Address | 247 N. WESTMONTE DRIVE<br>ALTAMONTE SPRINGS, FL, 32714<br>US | | |

### Recipient

| | | | |
|---|---|---|---|
| Name | RONNIE SIMMONS | Customer Number | |
| Company | | Bill-to Number | 110516606 |
| Address | [redacted]<br>LAUREL, MD, 20724<br>US | | |

### Delivery

| | | | |
|---|---|---|---|
| Timestamp | 06/04/2013 10:30:00 | Location | 04 |
| Status Code | 02 | Address | [redacted] |
| Courier | 0000214247 | Route | 619 |

### Signature

| | | | |
|---|---|---|---|
| Signature Release on File? | No | Device ID | |
| Signed For By | | Seconds | |
| | | Signature Image | |

**GOVERNMENT EXHIBIT**
__2A__
3:16-cr-93-J-32JRK

Last run on: Apr 4, 2016 5:35 PM

59456
59456