| Check Date: Sep/15/2014 | | Vendor Number: 0000043257 | | Check No. 0000300751 | | Payment Handling: SP |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Business Unit | Voucher ID | Gross Amount | Discount Taken | Paid Amount |
| 701 | Aug/20/2014 | 15510 | 00808287 | 10,000.00 | 0.00 | 10,000.00 |
| SEND VIA OVERNIGHT MAIL | | | | | | |

9/15 FEDEX - See Att'd

| Check Number | Date | | Total Gross Amount | Total Discounts | Total Paid Amount |
|---|---|---|---|---|---|
| 0000300751 | Sep/15/2014 | | 10,000.00 | 0.00 | 10,000.00 |

---

THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK - THE FACE OF THIS CHECK HAS A COLORED BACKGROUND

**bright house** NETWORKS

Bright House Networks LLC
BHN Operations
2251 Lucien Way
Maitland, FL 32751
Accounts.payable@mybrighthouse.com

JPMorgan Chase Bank, N.A.
Syracuse, NY

50-937 / 213

0000300751

Date  Sep/15/2014          Pay Amount  $10,000.00***

Pay     ****TEN THOUSAND AND XX / 100 DOLLAR****

To The Order Of

ONE DOOR FOR EDUCATION
FOUNDATION INC
THE AMY ANDERSON SCHOLARSHIP FUND
▇▇▇▇▇▇▇▇▇▇▇▇
LEESBURG, VA  20175

⑃0751⑃  ⑃9379⑃  2509⑃

GOVERNMENT EXHIBIT 6C
3:16-cr-93-J-32JRK

Johnson-26

69084
69084