Dear Congresswoman Brown,

We thank you for your donation of $9,500.00 to Edward Waters College in 2011. Your continued prayers, thoughts and support for this institution support are very much appreciated.

GOVERNMENT EXHIBIT
2100
3:16-cr-93-J-32JRK

002087

56481