## Donor's Information

*We have prepared your annual report of contributions from the information and figures compiled from the books and records of the recipient organization for 2012. Please notice that Box (1) is the amount of total donations that was recorded by the firm. Please be advised that Box (1) includes cash and checks. In the event that you prefer to deduct your contributions as an itemized expense, it is incumbent upon you to record on your Individual Tax Return, Schedule A, the appropriate amount or give this document to your tax preparer or advisor. This information has not been submitted to the Internal Revenue Service. Information recorded in this document has been verified by your contribution envelopes. You may attach this document to your tax return, although the Form 1097-CONT is not required to be filed. This information is not given with the intention of offering tax advice or explanation of the law. Consult you tax advisor.*

ChurchGift department 800.225.5849          cgift@chitwoods.com

3333    ☐ VOID    ☐ CORRECTED          Income Tax Use Only

**Recipient Organization's Name, Street Address, City, State and Zip Code**
Shiloh Metropolitan Baptist Church
1118 W. Beaver Street
Jacksonville, FL 32204

1. Gross Contributions: 140.00    No. 2009-3333
2. Marketable Securities:

**2012 Contribution Record**

**Recipient Organization's Federal Identification Number**
XXX-XX-0691

**Donor's Church Identification Number**
4118

**Donor's Name, Street Address, City, State and Zip Code**
Corrine Brown
[redacted]
Jacksonville, FL 32208

3. Did organization provide any goods or services, in whole or in part, for contributions reported in box 1?
YES ___   NO _X_

4. If the answer in box 3 is "YES" provide a description and good-faith estimate of the goods or services.
5. Mileage
6. Account Number (optional)

Schedule of itemized contributions provided?
Yes _X_   No ___   N/A

Prepared by Chitwood & Chitwood

**Form 1097-CONT**

| Date | Category | Amount | Ref # | Date | Category | Amount | Ref # |
|---|---|---|---|---|---|---|---|
| 04/15/12 | Tithes/Offer | 20.00 | | 06/24/12 | Tithes/Offer | 25.00 | |
| 09/30/12 | Tithes/Offer | 25.00 | | 11/11/12 | Tithes/Offer | 20.00 | |
| 12/09/12 | Tithes/Offer | 50.00 | | | ** End of Record ** | | |

GOVERNMENT EXHIBIT
22H
3:16-cr-93-J-32JRK

Contribution Record for: Corrine Brown          Form 1097-CONT

CPA 171

66793