DATE=10/14/2014   SEQUENCE=75095850
Account=█████5985   P/C=17598   Amount=$22500.00





GOVERNMENT
EXHIBIT
291
3:16-cr-93-J-32JRK

68731