Wells Fargo View Check Copy

Page 1 of 1

# THE PRIVATE BANK

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 3049 | 07/09/15 | $5,000.00 | PRIVATE BANKING INTEREST CHECKING XXXXXX5787 |

JOHN D BAKER II
JACKSONVILLE, FL 32202-4319

Check #3049
Date: July 8, 2015
Pay to: One Door for Education
Amount: $5,000.00
Five thousand and no/100
Signed: John D Baker II

Capital One, N.A. Richmond VA 065000090
61275SLK0540820150709000074054324

Capital One, N.A. Richmond VA 065000090
61275SLK0540820150709000074054324

065000090
CAPITAL ONE, NA
C032986702   07/09/2015
RICHMOND, VA 16122
Deposit   136033901.80

Equal Housing Lender
© 1995 - 2016 Wells Fargo. All rights reserved.

GOVERNMENT
EXHIBIT
311
3:16-cr-93-J-32JRK

https://image.wellsfargo.com/imageman/display.do?sessionId=88e7ab54-cf34-404e-8ebe-...   2/16/2016

0016

68412