# Roseland Ambulatory Surgery Center $10,000 Check to The Alexander Agency - September 2014



GOVERNMENT EXHIBIT 45R
3:16-cr-93-J-32JRK