**Corrine Brown**
**Schedule of Cash Deposits for Tax Year 2009**

| Account # | Date of Deposit | Description | Amount |
|---|---|---|---|
| ███9310 | 01/23/2009 | Cash | $7,000 |
| ███9310 | 01/28/2009 | Cash | $2,000 |
| ███9310 | 02/12/2009 | Cash | $8,000 |
| ██5900 | 03/19/2009 | Cash | $5,000 |
| ███9310 | 03/30/2009 | Cash | $2,000 |
| ███9310 | 07/24/2009 | Cash | $2,000 |
| ███9310 | 08/06/2009 | Cash | $565 |
| ███9310 | 10/02/2009 | Cash | $1,000 |
| ███9310 | 10/30/2009 | Cash | $3,000 |
| | | | |
| | | Total | $30,565 |

## Corrine Brown
## Schedule of Cash Deposits for Tax Year 2010

| Account # | Date of Deposit | Description | Amount |
|---|---|---|---|
| ▇09310 | 01/11/2010 | Cash | $7,000 |
| ▇5901 | 01/12/2010 | Cash | $4,000 |
| ▇9310 | 07/16/2010 | Cash | $4,900 |
| ▇5901 | 08/10/2010 | Cash | $500 |
| ▇9310 | 08/13/2010 | Cash | $2,600 |
| ▇9310 | 08/25/2010 | Cash | $1,700 |
| ▇9310 | 08/30/2010 | Cash | $500 |
| ▇9310 | 09/16/2010 | Cash | $1,300 |
| ▇9310 | 10/18/2010 | Cash | $1,500 |
| ▇9310 | 11/12/2010 | Cash | $2,000 |
| ▇9310 | 11/15/2010 | Cash | $1,400 |
|  |  | Total | $27,400 |

**Corrine Brown**
**Schedule of Cash Deposits for Tax Year 2011**

| Account # | Date of Deposit | Description | Amount |
|---|---|---|---|
| ███5901 | 01/07/2011 | Cash | $500 |
| ███9310 | 02/04/2011 | Cash | $1,000 |
| ███901 | 02/11/2011 | Cash | $200 |
| ███901 | 03/02/2011 | Cash | $250 |
| ███901 | 03/03/2011 | Cash | $500 |
| ███9310 | 04/27/2011 | Cash | $2,000 |
| ███5901 | 05/03/2011 | Cash | $1,000 |
| ███9310 | 05/04/2011 | Cash | $160 |
| ███9310 | 07/25/2011 | Cash | $1,000 |
| ███9310 | 09/06/2011 | Cash | $5,000 |
| ███901 | 09/08/2011 | Cash | $1,000 |
| ███9310 | 09/22/2011 | Cash | $900 |
| ███9310 | 10/07/2011 | Cash | $2,200 |
| ███9310 | 10/13/2011 | Cash | $4,000 |
| ███5901 | 12/08/2011 | Cash | $250 |
|  |  |  |  |
|  |  | Total | **$19,960** |

**Corrine Brown**
**Schedule of Cash Deposits for Tax Year 2012**

| Account # | Date of Deposit | Description | Amount |
|---|---|---|---|
| 9310 | 01/23/2012 | Cash | $350 |
| 5901 | 02/08/2012 | Cash | $400 |
| 5901 | 02/29/2012 | Cash | $1,000 |
| 9310 | 04/16/2012 | Cash | $480 |
| 9310 | 06/25/2012 | Cash | $1,400 |
| 5900 | 07/11/2012 | Cash | $100 |
| 5901 | 07/11/2012 | Cash | $200 |
| 09310 | 07/17/2012 | Cash | $1,500 |
| 5901 | 07/26/2012 | Cash | $500 |
| 09310 | 07/30/2012 | Cash | $500 |
| 5901 | 08/01/2012 | Cash | $800 |
| 5901 | 09/07/2012 | Cash | $800 |
| 9310 | 09/19/2012 | Cash | $2,000 |
| 9310 | 10/03/2012 | Cash | $1,000 |
| 9310 | 10/19/2012 | Cash | $1,000 |
| 9310 | 10/22/2012 | Cash | $800 |
| 9310 | 11/27/2012 | Cash | $700 |
| 9310 | 11/27/2012 | Cash | $1,000 |
| 9310 | 12/03/2012 | Cash | $1,000 |
| 9310 | 12/06/2012 | Cash | $700 |
|  |  | Total | $16,230 |

**Corrine Brown**
**Schedule of Cash Deposits for Tax Year 2013**

| Account # | Date of Deposit | Description | Amount |
|---|---|---|---|
| 9310 | 01/25/2013 | Cash | $200 |
| 9310 | 01/25/2013 | Cash | $1,300 |
| 9310 | 02/01/2013 | Cash | $1,500 |
| 9310 | 02/25/2013 | Cash | $800 |
| 5901 | 02/28/2013 | Cash | $1,000 |
| 9310 | 03/19/2013 | Cash | $200 |
| 9310 | 03/27/2013 | Cash | $100 |
| 9310 | 03/28/2013 | Cash | $1,300 |
| 9310 | 04/30/2013 | Cash | $500 |
| 9310 | 05/08/2013 | Cash | $500 |
| 9310 | 05/28/2013 | Cash | $3,000 |
| 9310 | 05/29/2013 | Cash | $800 |
| 9310 | 06/04/2013 | Cash | $500 |
| 9310 | 06/25/2013 | Cash | $600 |
| 9310 | 07/02/2013 | Cash | $2,100 |
| 9310 | 07/12/2013 | Cash | $1,000 |
| 9310 | 07/17/2013 | Cash | $100 |
| 9310 | 07/22/2013 | Cash | $1,000 |
| 9310 | 07/23/2013 | Cash | $1,000 |
| 9310 | 07/29/2013 | Cash | $800 |
| 9310 | 08/06/2013 | Cash | $800 |
| 9310 | 08/06/2013 | Cash | $2,000 |
| 9310 | 08/13/2013 | Cash | $400 |
| 9310 | 08/13/2013 | Cash | $3,000 |
| 9310 | 08/14/2013 | Cash | $1,250 |
| 9310 | 08/26/2013 | Cash | $800 |
| 9310 | 09/05/2013 | Cash | $900 |
| 9310 | 09/11/2013 | Cash | $1,000 |
| 9310 | 09/27/2013 | Cash | $500 |

**Corrine Brown**
**Schedule of Cash Deposits for Tax Year 2013**

| Account # | Date of Deposit | Description | Amount |
|---|---|---|---|
| 9310 | 10/04/2013 | Cash | $200 |
| 9310 | 10/16/2013 | Cash | $800 |
| 9310 | 10/21/2013 | Cash | $800 |
| 9310 | 12/02/2013 | Cash | $800 |
| | | | |
| Total | | | $31,550 |

**Corrine Brown**
**Schedule of Cash Deposits for Tax Year 2014**

| Account # | Date of Deposit | Description | Amount |
|---|---|---|---|
| 9310 | 01/24/2014 | Cash | $800 |
| 9310 | 03/24/2014 | Cash | $800 |
| 9310 | 03/26/2014 | Cash | $400 |
| 9310 | 04/07/2014 | Cash | $2,000 |
| 9310 | 04/14/2014 | Cash | $300 |
| 9310 | 04/30/2014 | Cash | $400 |
| 1 | 06/11/2014 | Cash | $500 |
| 9310 | 07/10/2014 | Cash | $500 |
| 9310 | 07/18/2014 | Cash | $700 |
| 9310 | 08/21/2014 | Cash | $700 |
| 9310 | 09/15/2014 | Cash | $1,000 |
| 9310 | 09/19/2014 | Cash | $100 |
| 9310 | 09/22/2014 | Cash | $1,600 |
| 9310 | 09/22/2014 | Cash | $3,000 |
| 9310 | 09/29/2014 | Cash | $1,000 |
| 9310 | 10/17/2014 | Cash | $1,400 |
| 9310 | 11/17/2014 | Cash | $1,000 |
| | | Total | $16,200 |

**Corrine Brown**
**Schedule of Cash Deposits**
**Tax Years 2009 through 2014**

| Year | Amount |
|---|---|
| 2009 | $30,565 |
| 2010 | $27,400 |
| 2011 | $19,960 |
| 2012 | $16,230 |
| 2013 | $31,550 |
| 2014 | $16,200 |
|  |  |
| Total | $141,905 |