74785

CAW000314

**ONE-DOOR FOR EDUCATION SCHOLARSHIP FOUNDATION**   08-12   204

LEESBURG, VA 20175   65-7198/2550

DATE _____

PAY TO THE
ORDER OF _____   $ 3,055.16

_Three Thousand Fifty Five and_ 16/100 ___ DOLLARS

Security
Features
Details on
Back.

**Capital**One® **Bank**

Capital One, N.A.

FOR _____   _____

Caula B. Wiley, President

⑈000204⑈ ⑆255071981⑆ ⬛⬛⬛⬛ 0180⑈

GOVERNMENT
EXHIBIT
___49N___
3:16-cr-93-J-32JRK