Message

| | |
|---|---|
| **From**: | Shantrel Brown [brown@alcalde-fay.com] |
| **Sent**: | 9/25/2014 5:01:41 AM |
| **To**: | sbnealintl@aol.com |
| **Subject**: | Re: Reception at Metro Center |

Great!

Sent from my iPhone

On Sep 25, 2014, at 12:59 AM, "sbnealintl@aol.com" <sbnealintl@aol.com> wrote:

Got it! See you tomorrow!

-----Original Message-----
From: Shantrel Brown <brown@alcalde-fay.com>
To: Carolyn Chatman <carolynwn@aol.com>; Jackie Gray <jackie.gray@mail.house.gov>; Stephanie Anim-Yankah <Stephanie.Anim-Yankah@mail.house.gov>; Genesis Robinson <genesis.a.robinson@gmail.com>; Stephany B. Neal <sbnealintl@aol.com>
Cc: Ronnie Simmons <ronsimmon@aol.com>; Carla Wiley <withac13@gmail.com>; Danielle Weston <danielleweston1969@gmail.com>; Tonia Denean Bell <Toniabthestylist@gmail.com>
Sent: Thu, Sep 25, 2014 12:03 am
Subject: Reception at Metro Center
Hi Team!

Our big event is tomorrow! We are expecting several hundred folks so we must
have a game plan! :-)

All Members of Congress and Ambassador Bouhlal and their guests should be
immediately taken care of -- they should be given wristbands, photo and drink
tickets. They should be escorted to the front of the photo line then taken to
the VIP section.

We have decided if a person's name is not on the Master List; doesn't have a
ticket or flyer; or isn't affiliated with family, friends or staff, those
individuals will NOT be admitted into the party until after 10P.  In addition,
they will NOT be given a drink or photo ticket.

Please confirm receipt. Have we covered everything? Let me know if you have any
questions or comments. Thanks!

Shantrel

Sent from my iPhone

GOVERNMENT
EXHIBIT
___49X___
3:16-cr-93-J-32JRK

Confidential/Private - Non-FOIA-able