| | |
|---|---|
| From: | Carla Wiley <withac13@gmail.com> |
| Sent: | Wed, 23 Jan 2013 05:25:02 -0500 |
| To: | Ronnie Simmons <ronsimmon@aol.com> |
| Subject: | One Door |

28,519.05...available balance
33,209.05...current balance

Sent from Gmail Mobile

| | |
|---|---|
| Return-Path: | <withac13@gmail.com> |
| Received: | from mail-ea0-f177.google.com (mail-ea0-f177.google.com [209.85.215.177]) by mtain-mc09.r1000.mx.aol.com (Internet Inbound) with ESMTP id 35A7C38000082 for <Ronsimmon@aol.com>; Wed, 23 Jan 2013 05:25:02 -0500 (EST) |
| Received: | by mail-ea0-f177.google.com with SMTP id n13so3288165eaa.22 for <Ronsimmon@aol.com>; Wed, 23 Jan 2013 02:25:02 -0800 (PST) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20120113; h=mime-version:x-received:date:message-id:subject:from:to :content-type; bh=8vysUzuHwJCbYl6kClH+njevEO6yJS5pS+0pjUzxdck=; b=JgQYBlFvhlcGU667s/PXeyXLoBnTXyRdUzbrq7smrqCTMMXvltiTdjQlMcEKBTl0F8 HAs6ulna7FkkGG4mAvmOMhmKrlgKiL/UWWJ3Kl631Ns9T4apjjkF6HPMADAgD4ybKsz1 Tdma/F5yLKU4Go+BK+HExcvznL+Z2j7MQHBGOALGnO6k2tPF82JUVK9JCBgJGxzTeVSw 9xvXwWudd65bkvS1BHiZRpQPtRxc5aUFzqPoRIyJH/fZ9SXGXMp5JBmnK+GWNb94jfp/ Z4d6SDc3E9lzaeVaVyhWAgcJkz7urjEOkE3Tih61KFe2xwDHHHk/KPfrV96ECyKMWaan 2DjQ== |
| MIME-Version: | 1.0 |
| X-Received: | by 10.14.174.132 with SMTP id x4mr2595680eel.39.1358936702856; Wed, 23 Jan 2013 02:25:02 -0800 (PST) |
| Received: | by 10.223.194.132 with HTTP; Wed, 23 Jan 2013 02:25:02 -0800 (PST) |
| Message-ID: | <CADU-BBY77FmK_g2tvyNSo6qPr4vb-3mA8-O7-oBjQC=HpiGZaA@mail.gmail.com> |
| Content-Type: | multipart/alternative; boundary=047d7b621de2722f2a04d3f21b72 |
| X-aol-global-disposition: | G |
| X-AOL-SCOLL-AUTHENTICATION: | mtain-mc09.r1000.mx.aol.com ; domain : gmail.com DKIM : pass |
| X-aol-sid: | 3039ac1d605150ffba7e5957 |
| X-AOL-IP: | 209.85.215.177 |
| X-AOL-SPF: | domain : gmail.com SPF : pass |

**GOVERNMENT EXHIBIT**
**49Y**
3:16-cr-93-J-32JRK

One Door... Page 1 of 1

| | |
|---|---|
| **From:** | Ronsimmon@aol.com |
| **Sent:** | Mon, 20 Jul 2015 08:27:32 -0400 |
| **To:** | withac13@gmail.com |
| **Subject:** | One Door... |

check the balance for me please

*Mr. Ronnie Simmons*
Chief of Staff to:
**Hon. Corrine Brown** (FL-5)
http://corrinebrown.house.gov

I would like to encourage you to sign up to subscribe and receive e-mail newsletters on the work of Congresswoman Corrine Brown in Congress and learn how you could be affected. Click below to sign-up:

*Newsletter Signup*

| | |
|---|---|
| Return-path: | <Ronsimmon@aol.com> |
| Full-name: | Ronsimmon |
| Message-ID: | <195e90.30c68675.42de4334@aol.com> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="part1_195e90.30c68675.42de4334_boundary" |
| X-Mailer: | AOL 9.7 sub 3039 |
| X-AOL-IP: | 108.51.35.219 |
| X-Originating-IP: | [108.51.35.219] |

| | |
|---|---|
| **From:** | Ronsimmon@aol.com |
| **Sent:** | Wed, 23 Sep 2015 10:07:27 -0400 |
| **To:** | withac13@gmail.com |
| **Subject:** | Balance .. |

check One Door for me

thanks.

***Mr. Ronnie Simmons***
Chief of Staff to:
**Hon. Corrine Brown** (FL-5)
http://corrinebrown.house.gov

I would like to encourage you to sign up to subscribe and receive e-mail newsletters on the work of Congresswoman Corrine Brown in Congress and learn how you could be affected. Click below to sign-up:

**_Newsletter Signup_**

---

| | |
|---|---|
| Return-path: | <Ronsimmon@aol.com> |
| Full-name: | Ronsimmon |
| Message-ID: | <23937.3d8330d0.43340c1e@aol.com> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="part1_23937.3d8330d0.43340c1e_boundary" |
| X-Mailer: | AOL 9.7 sub 3039 |
| X-AOL-IP: | 108.56.219.2 |
| X-Originating-IP: | [108.56.219.2] |