# COURT'S EXHIBIT 2

Is the defendant responsible for everything on her filed taxes if she did not provide the information to the cpa or sign the tax form?

---

The only answer I can give to your question is that in Instruction Nos. 15 and 16 the Court has instructed you as to how to evaluate the tax counts. You should follow those instructions.

Judge Corrigan
5/10/17
11:20 a.m.

# COURT'S EXHIBIT 3

Instruction # 10 (pg 13)

Does the Gov Have to Prove All (4) Beyond A Reasonable doubt

for Counts Two-Eight


Yes.

Judge Collison
5/10/17
2:55 p.m.

# COURT'S EXHIBIT 4

CAN WE HEAR or SEE THE TESTIMONY FROM MARVA JOHNSON

We generally do not provide transcripts and instead ask that you rely on your own memory and your notes. It also takes time to prepare a transcript. However, I will evaluate your request and give you a final answer when I can. In the meantime you should continue your deliberations.   5/11/17
Judge Corrigan 11:40 am