## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                              **Case No: 3:16-cr-93-TJC-JRK**


**CORRINE BROWN**
_____/

## NOTICE OF APPEARANCE AS COUNSEL

Comes Now WILLIAM MALLORY KENT to file this notice of appearance

as appellate counsel for the Defendant, Corrine Brown, in the above styled matter.

Respectfully submitted,

KENT & McFARLAND
ATTORNEYS AT LAW

s/William Mallory Kent
William Mallory Kent
Florida Bar No. 0260738
24 North Market Street
Suite 300
Jacksonville, FL 32202
(904) 398-8000
(904) 348-3124 FAX
(904) 662-4419 Cell Phone
kent@williamkent.com
COUNSEL FOR BROWN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and all counsel of record:

Andrew Tysen Duva
Tysen.Duva@usdoj.gov

Bonnie Ames Glober
bonnie.glober@usdoj.gov

Eric Olshan
eric.olshan@usdoj.gov

Michael Coolican
michael.coolican@usdoj.gov

Roger Bernard Handberg, III
Aroger.handberg@usdoj.gov

Jennifer Mansfield
Jennifer.mansfield@hklaw.com

Rachel Fugate
rfugate@shullmanfugate.com

Allsion Kirkwood Simpson
asimpson@tlolawfirm.com

Edward L. Birk
ebirk@marksgray.com

Sue-Ann N. Robinson
sueann@robinsoncaddylaw.com

James Wesley Smith, III
Jsmith@cplspa.com

s/William Mallory Kent
William Mallory Kent