UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                  Case No: 3:16-cr-93-TJC-JRK

**CORRINE BROWN**
_____/

**NOTICE OF APPEARANCE AS CO-COUNSEL**

Comes Now RYAN EDWARD McFARLAND to file this notice of appearance as appellate co-counsel for the Defendant, Corrine Brown, in the above styled matter.

Respectfully submitted,

KENT & McFARLAND
ATTORNEYS AT LAW

s/Ryan Edward McFarland
Ryan Edward McFarland
Florida Bar No. 1002508
24 North Market Street
Suite 300
Jacksonville, FL 32202
(904) 398-8000
(904) 348-3124 FAX
(904) 955-9220 Cell Phone
ryan@kent-mcfarland.com
CO-COUNSEL FOR BROWN

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and all counsel of record:

Andrew Tysen Duva
Tysen.Duva@usdoj.gov

Bonnie Ames Glober
bonnie.glober@usdoj.gov

Eric Olshan
eric.olshan@usdoj.gov

Michael Coolican
michael.coolican@usdoj.gov

Roger Bernard Handberg, III
Aroger.handberg@usdoj.gov

Jennifer Mansfield
Jennifer.mansfield@hklaw.com

Rachel Fugate
rfugate@shullmanfugate.com

Allsion Kirkwood Simpson
asimpson@tlolawfirm.com

Edward L. Birk
ebirk@marksgray.com

Sue-Ann N. Robinson
sueann@robinsoncaddylaw.com

James Wesley Smith, III
Jsmith@cplspa.com

                                              s/Ryan Edward McFarland
                                              Ryan Edward McFarland