**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　) CASE NO.: 3:16-cr-93-J-32JRK
　　　　　　　　　　　　　　　)
CORRINE BROWN,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　)
_____)

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned and hereby moves this Honorable Court for an order granting his request to withdraw as counsel of record for the Defendant. As grounds in support of this request, the undersigned submits the following:

The undersigned was retained to represent the defendant during the trial phase of this case. The trial phase has concluded, and the defendant has retained appellate counsel.

WHEREFORE, for the reasons stated above, the undersigned requests that the Court grant his motion to withdraw.

*USA v. Brown*; Case No: 3:16-cr-93-J-32JRK
Motion to Withdraw as Counsel of Record
Page 2 of 2

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system which will send a copy of the same and electronic notice of this filing to all counsel of record.

                                    **CPLS, P.A.**
                                    Attorneys|Consultants|Mediators
                                    201 E. Pine Street, Suite 445
                                    Orlando, Florida 32801
                                    407647-7887/407-647-5396(Fax)
                                    CPLS File No. 2349-1
                                    Attorneys for Defendant

December 22, 2017      /s/ Samuel A. Walker
                                    Samuel A. Walker, Esq.
                                    Florida Bar No. 103190
                                    swalker@cplspa.com