# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,   )
                                         )
    Plaintiff,          )
                                         )
v.                                     )CASE NO.: 3:16-cr-93-J-32JRK
                                         )
CORRINE BROWN,            )
                                         )
    Defendant.         )
_____

## **NOTICE AS TO STATUS OF PASSPORT**

COMES NOW the undersigned and hereby informs this Honorable Court of the status of the Defendant's passports.

1. One of the conditions of the Defendant's post-trial release is that she surrender her passports.

2. The Defendant has two passports. One has been surrendered to the Court. The other passport was lost during the damage caused to the Defendant's house by Hurricane Irma. Despite numerous diligent efforts to locate the passport the Defendant cannot locate it.

WHEREFORE, for the reasons stated above, the undersigned requests that the Court find that the

Defendant has complied with the condition of release that she surrender all passports within her possession.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system which will send a copy of the same and electronic notice of this filing to all counsel of record.

|  |  |
|---|---|
|  | **CPLS,P.A.**<br>Attorneys\|Consultants\|Mediators<br>201 E. Pine Street, Suite 445<br>Orlando, Florida 32801<br>407647-7887/407-647-5396(Fax)<br>CPLS File No. 2349-1<br>Attorneys for Defendant |
| December 28, 2017 | /s/ James W. Smith III<br>James W. Smith III, Esq.<br>Florida Bar No. 0096438<br>jsmith@cplspa.com |