UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN

_____

## ORDER DENYING MOTION TO EXTEND REPORT DATE

Defendant Corrine Brown has just filed a Motion to Extend Report Date (Doc. 282). Her motion for release pending appeal is currently pending with the Eleventh Circuit Court of Appeals (see copy of motion, Doc. 271). This Court has already fully considered the issue which was the subject of the motion for new trial and also fully considered whether to grant Ms. Brown release pending appeal, determining that both requests were due to be denied. See Orders, Docs. 200 & 258. The Court adheres to those rulings.

The Court delayed Ms. Brown's report date until January 29, 2018 to give her an opportunity to seek release pending appeal from the Eleventh Circuit, which she has done. See Doc. 258. The Court further ordered that Ms. Brown report to her designated Bureau of Prisons facility by January 29, 2018 at noon "unless the Eleventh Circuit orders otherwise." Id. at 4. In requesting this Court to further extend her reporting deadline while the Eleventh Circuit considers her motion for release pending appeal, Ms. Brown is asking the wrong court. She should direct her request to the Eleventh Circuit.

Accordingly, it is hereby

**ORDERED**:

Corrine Brown's Motion to Extend Report Date (Doc. 282) is **denied**.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of January, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
William Mallory Kent, Esq.
Ryan Edward McFarland, Esq.
United States Probation Office
United States Pretrial Services
United States Marshal Service
Bureau of Prisons
Defendant