IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15470-E
_____

UNITED STATES OF AMERICA,

                                                          Plaintiff - Appellee,

versus

CORRINE BROWN,

                                                          Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Middle District of Florida
_____

ORDER:

       Appellant's "Motion for Release Pending Appeal" is DENIED. The Clerk of Court is directed to treat any motion for reconsideration as a non-emergency matter.

                                         /s/ William H. Pryor Jr._____
                                         UNITED STATES CIRCUIT JUDGE

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 22, 2018

William Mallory Kent
Law Office Of William M. Kent
24 N MARKET ST STE 300
JACKSONVILLE, FL 32202

Appeal Number: 17-15470-EE
Case Style: USA v. Corrine Brown
District Court Docket No: 3:16-cr-00093-TJC-JRK-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson/jpc
Phone #: (404) 335-6173

MOT-2 Notice of Court Action