# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

**v.**                                    **Case Number: 3:16-cr-93-J-32-JRK**

**CORRINE BROWN**

_____/

### APPELLANT CORRINE BROWN'S
### REQUEST TO WITHDRAW HER
### EMERGENCY MOTION FOR COMPASSIONATE RELEASE
### *TIME SENSITIVE MOTION*

Comes now former Congresswoman Corrine Brown ("Brown"), Defendant-Appellant herein, by her undersigned appellate counsel, William Mallory Kent, and hereby respectfully requests permission to withdraw her Emergency Motion for Compassionate Release. [Doc. 301] Counsel conferred at length with opposing counsel after the motion was filed and based on that conversation believes it would be of assistance to the court for Brown to obtain documentation and records to better support her assertions, and when she has done so, if necessary, will then refile the motion with proper supporting documentation. Therefore, based on the above Brown respectfully requests this Honorable Court that she be permitted to withdraw her Emergency Motion for Compassionate Release [Doc. 310] and that the Court withdraw its order directing the Government to respond [Doc. 302] as moot.

Respectfully submitted,

KENT & McFARLAND
ATTORNEYS AT LAW

  s/ William Mallory Kent
WILLIAM MALLORY KENT
Florida Bar Number 260738
24 North Market Street, Suite 300
Jacksonville, Florida 32202
904-398-8000 Telephone
904-348-3124 Fax
kent@williamkent.com

## CERTIFICATE OF SERVICE AND FILING

I certify that on April 9, 2020, I caused a true and correct copy of the foregoing

to be served via CM/ECF upon all counsel of record.


    s/ William Mallory Kent
      William Mallory Kent