UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No: 3:16-cr-93-TJC-JRK

CORRINE BROWN
_____/

## NOTICE OF CHANGE OF ADDRESS FOR DEFENDANT BROWN

Comes now the Defendant, CORRINE BROWN ("Brown"), by and through the undersigned counsel, to inform this Court that Defendant Brown has a change of address. Brown has already notified her supervising pre-trial services officer, Mr. Ely, of her recent change of address. Defendant Brown's new address is 611 Appian Way, Jacksonville, Florida, 32208. Brown is now living at her own personal residence that had been damaged during a hurricane before she went into custody and has now been repaired.

Respectfully submitted,

KENT & McFARLAND
ATTORNEYS AT LAW

s/William Mallory Kent
William Mallory Kent
Florida Bar No. 0260738
24 North Market Street, Suite 300
Jacksonville, FL 32202
(904) 398-8000
(904) 348-3124 FAX
(904) 662-4419 Cell Phone
kent@williamkent.com
COUNSEL FOR BROWN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/William Mallory Kent
William Mallory Kent