UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:16-cr-93-TJC-JRK

CORRINE BROWN
_____/

**UNITED STATES' UNOPPOSED MOTION
FOR STATUS CONFERENCE**

The United States of America, via the undersigned, moves unopposed for a status conference in the above-captioned case. As grounds, the United States asserts:

1. On September 2, 2021, the Eleventh Circuit Court of Appeals issued the Mandate stating that the opinion the Court issued on May 6, 2021 is the judgment of the Court. The May 6, 2021 *en banc* opinion reversed the convictions and remanded the case to this Court.

2. The undersigned request a status conference before the Honorable Timothy J. Corrigan in light of the Eleventh Circuit Court of Appeals' ruling.

3. The defendant was represented on appeal by William Kent. Mr.

1

Kent has informed the undersigned that he likely will not serve as counsel for Corrine Brown before this Court. Mr. Kent further indicated that he does not oppose the motion for a status conference, and that he has advised Corrine Brown that the Court will be inquiring about the status of her counsel during any status conference.

      WHEREFORE, the United States respectfully requests that this honorable Court grant the unopposed motion and set this case for a status conference in accordance with the Court's calendar.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>KARIN HOPPMANN<br>Acting United States Attorney</td><td>COREY R. AMUNDSON<br>Chief</td></tr>
<tr><td><i>/s/ Tysen Duva</i><br>Tysen Duva<br>Assistant United States Attorney<br>Florida Bar No. 0603511<br><br><i>/s/ Michael Coolican</i><br>Michael J. Coolican<br>Assistant United States Attorney<br>U.S.A. No. 156<br>300 N. Hogan Street, Suite 700<br>Jacksonville, Florida 32202<br>Telephone: (904) 301-6300<br>Facsimile: (904) 301-6310<br>E-mail: Tysen.Duva@usdoj.gov<br>E-mail: Michael.Coolican@usdoj.gov</td><td><i>/s/ Michelle K. Parikh</i><br>Michelle K. Parikh<br>Trial Attorney<br>Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice<br>1400 New York Ave. NW,<br>Suite 12100<br>Washington, DC 20005<br>Telephone: (202) 353-0726<br>Facsimile: (202) 514-3003<br>E-mail:Michelle.Parikh@usdoj.gov</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

William Kent, Esquire (Counsel for Corrine Brown)

<i>s/ Tysen Duva</i>
Tysen Duva
Assistant United States Attorney
